3:19mj53 EMT

## ATTACHMENT C

## AFFIDAVIT

Your affiant, Allen F. Davis, being duly sworn, deposes and states the following:

1. Your affiant is a Special Agent (hereinafter "SA") with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter "ATF"), assigned to the Pensacola Field Office, and has served in that capacity since 2005.

2. Your affiant has participated in many investigations of individuals who have violated state and federal laws, particularly those laws found in Titles 18 and 21 of the United States Code. Your affiant has conducted and participated in ATF controlled purchase operations wherein confidential informants and undercover agents were utilized to purchase firearms and narcotics. Your affiant has conducted and participated in surveillance operations that yielded information pertaining to firearms and narcotics law violators. Your affiant has written search warrant affidavits and obtained search warrants for, among other things, residences, electronic devices, social media user accounts, and information pertaining to the location of cellular telephones. Your affiant has participated in the execution of search warrants wherein firearms, ammunition, large amounts of narcotics, currency, tools, paraphernalia, and records of firearms and narcotics trafficking have been recovered. Your affiant has conducted and participated in the arrest of firearms and narcotics law violators. Your affiant has also had conversations with other experienced agents regarding illicit firearms possession and narcotics trafficking activities and the many different enforcement methods used to combat firearms and narcotics law violators.

3. This affidavit is made in support of an application for a search warrant for five electronic devices seized from Jayston FAILS on or about February 24, 2019, following his arrest by Pensacola Police Department (hereinafter "PPD") officers in Pensacola, Florida. These devices

1

are described as a **Cricket smart phone, black in color, with a cracked screen, a Motorola smart phone, gold in color, with a cracked screen, a Verizon flip phone, blue and black in color, a black Seagate external hard-drive, and a black HP (HP Mini) laptop**. These items are more fully described in Attachment A, which is incorporated herein. This affidavit is made in support of authorization to search the above described cellular telephones, Seagate external hard drive and HP laptop computer for those things identified in Attachment B, which constitute evidence of criminal activity. The warrant is being sought in connection with an ATF investigation into the offenses of possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1); distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Section 846. The following is based on your affiant's direct knowledge of the instant investigation, or that which has been provided to your affiant by other law enforcement officers. Since this affidavit is for a limited purpose, your affiant has not included every fact known about this investigation, but rather only those facts necessary to establish probable cause for the requested search warrant.

## RELEVANT FACTS OF THE INVESTIGATION

4. On February 24, 2019, at approximately 5:57 a.m., PPD officers observed a Grey Pontiac (Florida License Plate 1992XY) parked in the parking lot of Sanders Beach Community Center in Pensacola, Florida. At the entrance to the park, there is a sign indicating the picnic and beach area of the park closes at 10:00 PM. Officers approached the vehicle since it was parked in that area after hours.

5. As the officers approached the vehicle, they observed two individuals, later identified as Jayston FAILS and Tamika Wright, in the backseat of the vehicle engaged in sexual

2

activity. As the officers continued to approach the vehicle, they could smell the odor of marijuana coming from inside the vehicle. Officers observed FAILS move from the backseat of the vehicle to the front driver's seat of the vehicle. FAILS began to reach around the seat while officers were instructing FAILS to unlock the door and step out of the vehicle. FAILS refused the commands of the officers and attempted to put the vehicle in gear. PPD Officer Haul subsequently deployed his taser through the open rear passenger door in an attempt to subdue FAILS. FAILS opened the front driver's door and attempted to flee on foot. PPD Officer Gentry deployed his taser while FAILS was running away, and was able to detain FAILS.

6. During a search of the vehicle, a firearm was located in the driver's seat, which is where FAILS was sitting prior to exiting the vehicle. The firearm is described as a Smith & Wesson, .40 caliber pistol, bearing serial number RBT1466. An NCIC check of the firearm revealed the firearm was reported stolen to the Escambia County Sheriff's Office on or about November 1, 2017.

7. In the center console of the vehicle, methamphetamine (29 grams), cocaine and marijuana were located. Each of the substances were field tested and yielded positive results. A cellular telephone was located inside the center console with the narcotics, and two other cellular telephones were located on the driver's seat near the firearm. A multi-colored backpack containing a laptop computer and an external hard-drive was located on the floor of the front passenger seat of the vehicle. The multi-colored backpack also included male clothing and two notebooks. The notebooks contained what appeared to be copious rap lyrics. Your affiant knows that FAILS is a local rap artist with multiple videos that have been on "Youtube." A marijuana cigarette was located in the ashtray, marijuana contained inside of a plastic bag was located behind the driver's seat, and a scale was located on the passenger's seat.

8.      After waiving his Miranda Rights, FAILS stated everything inside of the vehicle belonged to him, and repeatedly made statements similar to "I messed up, I'm going to have to take the charges." The vehicle occupied by FAILS and Wright was registered to D'asyah English. FAILS admitted post Miranda that he borrowed the vehicle from English earlier that night and that he shares a child with her. FAILS was asked if he was going to shoot the officers, and FAILS stated he was not going to shoot the officers.

9.      FAILS is a multi-convicted felon, having been convicted of the following felony offenses within the State of Florida.

- 04/30/2003 – Possession of Marijuana With Intent to Sell or Deliver – 2003 CF 0225 (Escambia)
- 04/30/2003 – Driving While License Suspended or Revoked – 2003 CF 000678 (Escambia)
- 11/10/2004 – Driving While License Suspended or Revoked – 2004 CF 000874 (Escambia)
- 11/10/2004 – Driving While License Suspended or Revoked – 2004 CF 001030 (Escambia)
- 11/10/2004 – Driving While License Suspended or Revoked – 2004 CF 001150 (Escambia)
- 11/10/2004 – Driving While License Suspended or Revoked – 2004 CF 001979 (Escambia)
- 07/20/2005 – Driving While License Suspended or Revoked – 2005 CF 000899 (Escambia)
- 06/06/2007 – Sell, Manufacture, Deliver or Possess with Intent to Sell, Manufacture, or Deliver a Controlled Substance – 2006 CF 004535 (Escambia)
- 06/06/2007 – Possession of Firearm by a Convicted Felon – 2006 CF 005954 (Escambia)
- 03/13/2014 – Driving While License Suspended or Revoked – 2013 CF 005028 (Escambia)
- 03/13/2014 – Driving While License Suspended or Revoked and Possession of a Controlled Substance – 2013 CF 005952 (Escambia)

10.     Following his arrest, FAILS subsequently bonded out of jail. FAILS contacted the evidence department of the Pensacola Police Department. FAILS requested that his property from the vehicle be returned to him, specifically the multi colored backpack and its contents. Your affiant seized this property from Pensacola Police Department on March 6, 2019 and has maintained it at the ATF Pensacola Field Office.

11.     During the course of your affiant's law enforcement career, your affiant has written,

executed, and assisted in federal and state search warrants for narcotics, dangerous drugs, records of illegal narcotics trafficking, and for proceeds related to illegal narcotics trafficking.

12. Your affiant's training and participation in investigations of narcotics traffickers and others involved in illegal businesses and activities have given your affiant knowledge to recognize the methods used by narcotics traffickers and money launderers to conceal their assets, income, and activities from the government and other third parties. Based on your affiant's training and experience, your affiant knows the following:

(a) Narcotics traffickers often utilize cellular telephones to facilitate communications with co-conspirators and/or store telephone numbers/addresses of associates;

(b) Narcotics traffickers often utilize multiple cellular telephones in an effort to compartmentalize their narcotics trafficking business. Multiple cell phones are often utilized in an effort to maintain anonymity and independent contact between Sources of Supply and a range of customers;

(c) Narcotics traffickers commonly maintain records, receipts, notes, ledgers, and other items relating to the transportation, ordering, sale and distribution of controlled substances, which are usually maintained where the traffickers have ready access to them and which are often stored on digital media;

(d) Narcotics traffickers commonly maintain addresses or telephone numbers in devices which list names, addresses and/or telephone numbers of their associates in the trafficking organization; such records are normally maintained within places/things under their control such as cellular telephones, laptops, and external hard drives;

(e) Narcotics traffickers commonly take or cause to be taken photographs of

themselves, their associates, their property, and the illegal narcotics they distribute, and often maintain these photographs within places/things under their control;

(f) Narcotics traffickers commonly use cellular telephones in order to communicate with their criminal associates and those cellular telephones are commonly carried with them or kept at locations under their custody and control, such as their residences and vehicles, and contain names, numbers and other information stored in the cellular telephones;

(g) Narcotics traffickers commonly are involved in money laundering and retain records of their transactions within places/things under their control. Records of this kind are also often stored on digital media such as laptops and external hard drives.

13. Through training and experience as an ATF special agent, you affiant knows individuals who own firearms also use electronic devices, such as cellular phones and computers, to take photographs of firearms, conduct internet searches related to firearms, and communicate through text messages, e-mail, and social media with others regarding their possession of firearms, and to coordinate the transfer of firearms.

## CONCLUSION

14. Based upon all the information outlined in this affidavit and in the attached exhibit, your affiant respectfully submits that FAILS is involved in the following offenses against the United States: possession of a firearm by a convicted felon in violation of Title 18, United States Code, Section 922(g)(1); distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and conspiracy to distribute a controlled substance, in violation of Title 21, United States Code, Section 846. Your affiant also respectfully submits there is probable

cause to believe that within the five subject electronic devices described in Attachment A is stored evidence of these crimes.

15.  Your affiant further submits that early disclosure of the contents of this affidavit and warrant may compromise an ongoing investigation of this matter. Given the sensitive nature of the information contained herein, your affiant requests that the application and affidavit in support of this search warrant and the search warrant remain sealed until further order of this Court.

_____
Allen F. Davis
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 27th day of March 2019.

_____
Honorable Elizabeth M. Timothy
United States Magistrate Judge